UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ABDUL MUHAMMAD - MAG. NO. ~~11-3101-02~~ *12 CR 335*

## PETITION FOR WRIT OF HABEAS CORPUS

1. ABDUL MUHAMMAD, DOB: 8/12/1990, SBI#: 826391D, is now confined to Essex County Jail.

2. ABDUL MUHAMMAD, DOB: 8/12/1990, SBI#: 826391D will be required at the United States District Court in Newark, New Jersey for a Sentencing, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: September 13, 2012
Newark, NJ

Dara Govan, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 13 Sept. 2012

Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Essex County Jail
WE COMMAND YOU that you have the body of

ABDUL MUHAMMAD, DOB: 8/12/1990, SBI#: 826391D

now confined at the Essex County Jail, brought to the United States District Court, on Wednesday, September 26, 2012, at 10:30 a.m., for a Sentencing.

WITNESS the Hon. Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey

DATED: 13 Sept. 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk